**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRENT COLLINSON,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | **NO. 12-6114** |
| v. | : | |
| **CITY OF PHILADELPHIA,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 18th day of October, 2013, upon consideration of Defendants' Motion to Dismiss (Dkt. No. 6), and any response thereto, it is hereby ORDERED and DECREED that the Motion is DENIED. Defendants shall answer the Complaint within the time allowed by the Federal Rules of Civil Procedure.

BY THE COURT:

*/s/ C. Darnell Jones, II*

_____

C. DARNELL JONES, II,   U.S.D.J.