IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENT COLLINSON,<br>    Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA et al.,<br>    Defendants. | CIVIL ACTION<br>NO. 12-6114 |

## **ORDER**

  AND NOW, this 14th day of January, 2015, upon consideration of Defendants' Motion for Judgment on the Pleadings to dismiss Police Commissioner Ramsey, (Dkt No. 19), Plaintiff's Response, (Dkt No.22), it is hereby ORDERED that said Motion is GRANTED IN PART AND DENIED IN PART. The Court DISMISSES WITH PREJUDICE all claims against Cmmr. Ramsey in his official capacity and the claim against Cmmr. Ramsey in his personal capacity under Count I. The Court DISMISSES WITHOUT PREJUDICE the claim against Cmmr. Ramsey in his personal capacity under Count II and GRANTS Plaintiff leave to amend the Amended Complaint within thirty (30) days of this Order.

             BY THE COURT:

             /s/ C. Darnell Jones, II

             _____
             C. Darnell Jones, II  J.