IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRENT COLLINSON,
         Plaintiff,

v.

CITY OF PHILADELPHIA et al.,
         Defendants.

CIVIL ACTION
NO. 12-6114

## **Order**

AND NOW, this 9th day of June, 2015, upon consideration of Defendants' Motion for Summary Judgment, (Dkt No. 39), and Plaintiff's Response, (Dkt No. 40), it is hereby ORDERED that:

1. The Court GRANTS Defendants' Motion for Summary Judgment, (Dkt No. 40), as to Plaintiff's claims against Defendant City of Philadelphia. The City of Philadelphia is DISMISSED as a Defendant in this case.

2. The Court GRANTS Defendants' Motion for Summary Judgment, (Dkt No. 40), as to Plaintiff's section 1983 claims against Defendants P.O. Shawnier Collier, P.O. Kenneth Taylor, Jr., Sgt. John McGrath, Sgt. Anthony Burton, Cpl. Young and P.O. Salvatore Maiorano.

3. The Court DENIES Defendants' Motion for Summary Judgment, (Dkt No. 40), as to Plaintiff's section 1983 claims for excessive force by way of bystander liability against Defendants P.O. David Graner and Lt. Gross.

4. All state claims against all named Defendants remain pending as Defendants did not seek summary judgment as to those claims.

5. All section 1983 claims against Defendant P.O. John Crichton remain pending as Defendants did not seek summary judgment as to those claims.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II    J.